*Furze*, Id. 723). I dissent and vote to reverse and grant a new trial so that the claimant may receive compensatory damages for the breach of the express covenant, viz., the difference between the value of the unexpired term and the rent reserved in the lease.

---

EDWIN CHICHESTER, Respondent, v. WILLIAM C. EGAR and Another, etc., Appellants.— Motion to dismiss appeal from the order of April 28, 1924, denying motion for judgment on the pleadings, granted by consent, without costs. Motion to dismiss appeal from the order of September 24, 1924, vacating order for examination of plaintiff before trial, denied, without costs, on condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JACOB COHEN, Respondent, v. MORTON FREDERICK, Appellant.— Motion to resettle order granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ. Settle order on notice.

MARTHA A. GAINES, Individually and as Executrix, etc., of ABIGAIL ANN HUYLER, Deceased, Appellant, v. FRANK DEK. HUYLER and Others, etc., Respondents.— Motion to resettle order granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ. Settle order on notice.

GANFORD COMPANY, INC., Respondent, v. CONNERS BROS. COMPANY, INC., Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to enable plaintiff to apply for leave to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Petition of ROSE CAPOUET to Amend the Petition of ROSE CAPOUET to Prove the Last Will and Testament of HERMAN ROBINSON, Deceased. In the Matter of the Petition of ROSE CAPOUET to Amend the Petition for Letters of Administration, etc., in the Estate of HERMAN ROBINSON.— Motions to dismiss appeal denied, upon condition that appellant perfect the appeal for the December term·(for which term the case is set down) and be ready for argument when reached; otherwise, motions granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of CHARLES HAINES, as Executor, etc., of ROBERT VAN TASSELL, Deceased.— Motion to vacate order dismissing appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ROSALIE G. JONES, Individually and as One of the Executors, etc., Respondent, v. LOUISE E. JONES and Others, as Executors, etc., of MARY E. JONES, Deceased, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ROSALIE G. JONES, Individually and as One of the Executors, etc., Respondent, v. LOUISE E. JONES and Others, as Executors, etc., of MARY E. JONES, Deceased, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CORNELIUS L. McCARTHY, Appellant, v. ANASTASIA McCARTHY, Respondent.—